UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:13-cv-1447-JAM-KJN |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL R. MYGRANT, et al., | |
| Defendants. | |

Pending before the court is plaintiff's motion for default judgment, which is presently set for hearing on December 4, 2014. (ECF Nos. 14, 15.) A review of the court's records shows that defendants failed to file an opposition or statement of non-opposition to the motion in accordance with Local Rule 230(c). Therefore, the court vacates the hearing on the motion. See E.D. Cal. L.R. 230(c) ("No party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party."). However, in light of defendants' *pro se* status, the court will provide defendants with one final opportunity to oppose the motion in writing.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 4, 2014 hearing is VACATED.
2. Defendants shall file an opposition or statement of non-opposition to plaintiff's motion for default judgment no later than December 11, 2014.

1

3. Plaintiff shall file a reply, if any, no later than December 18, 2014.

4. Thereafter, the motion shall be submitted on the record and written briefing.  No further briefing will be permitted and no oral argument scheduled, unless the court orders otherwise.

5. Plaintiff shall serve a copy of this order on defendants at their last-known address(es) and file a proof of service within three (3) days.

IT IS SO ORDERED.

Dated:  November 24, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE