ANDREW S. MACKAY, #197074
amackay@donahue.com
DONAHUE FITZGERALD LLP
1999 Harrison Street, 25th Floor
Oakland, California  94612-3520
Telephone:    (510) 451-3300
Facsimile:    (510) 451-1527

Attorneys for Defendants
MICHAEL R. MYGRANT and CATHERINE L. MYGRANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL R. MYGRANT, in his individual and representative capacity as Trustee -- Mygrant Living Trust; CATHERINE L. MYGRANT, in her individual and representative capacity as Trustee - Trustee, Mygrant Living Trust; and Does 1-10,<br><br>  Defendants. | Case No.  2:13-cv-01447-JAM-KJN<br><br>**STIPULATED ORDER WITHDRAWING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST MICHAEL R. MYGRANT AND CATHERINE L. MYGRANT AND REQUEST TO AFFIX FEES (DKT 14), SETTING ASIDE ENTRY OF DEFAULT (DKT 12) AND SETTING TIME FOR DEFENDANTS TO ANSWER COMPLAINT**<br><br>[Local Rule 143] |

Pursuant to Local Rule 143, plaintiff SCOTT JOHNSON ("Plaintiff") agrees to withdraw his Application for Default Judgment by Court Against Michael R. Mygrant and Catherine L. Mygrant and Request to Affix Fees. Plaintiff also agrees to set aside the Clerk's Entry of Default. Defendants MICHAEL R. MYGRANT and CATHERINE L. MYGRANT ("Defendants") agree to Answer the Complaint within ten (10) days of this order. Specifically, Plaintiff and Defendants agree as follows:

1. **Plaintiff's Application for Default Judgment by Court Against Michael R. Mygrant and Catherine L. Mygrant and Request to Affix Fees (ECF No. 14) is withdrawn. The briefing schedule associated with the application is vacated and the motion is terminated.**
2. **The Clerk's Entry of Default (ECF No. 12) is set aside.**
3. **Defendants shall answer the Complaint within ten (10) days of the date of this order.**

**SO STIPULATED.**

Dated: December 8, 2014          DONAHUE FITZGERALD LLP


                                 By: /s/ Andrew S. MacKay
                                    Andrew S. MacKay
                                    Attorneys for Defendants
                                    MICHAEL R. MYGRANT and CATHERINE
                                    L. MYGRANT


Dated: December 8, 2014          CENTER FOR DISABILITY ACCESS


                                 By: /s/ Phyl Grace (as authorized on 12/07/2014)
                                    Phyl Grace
                                    Attorneys for Plaintiff
                                    SCOTT JOHNSON

**IT IS SO ORDERED.**

Dated:  December 9, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE