UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL R. MYGRANT, in his individual and representative capacity as Trustee -- Mygrant Living Trust; CATHERINE L MYGRANT, in her individual and representative capacity as Trustee -Trustee, Mygrant Living Trust; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:13-CV-01447-JAM-KJN<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## **ORDER**

　　　This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 2/23/2015　　　/s/ John A. Mendez_____

　　　　　　　　　　　HONORABLE JOHN A. MENDEZ

　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE